AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

BOARD OF TRUSTEES OF THE
OHIO LABORERS' FRINGE
BENEFIT PROGRAMS,

        Plaintiffs,

vs.

        **JUDGMENT IN A CIVIL CASE**

D&D FOUNDATION SUPPLY, INC.,

        CASE NO. C2-07-241
        JUDGE EDMUND A. SARGUS, JR.
        MAGISTRATE JUDGE TERENCE P. KEMP

        Defendant.

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** A decision has been rendered by the Court without a hearing or trial**.**

    Pursuant to the Opinion and Order filed June 25, 2007, **JUDGMENT is hereby entered against Defendant D&D Foundation Supply, Inc. in the amount of $7,456.90. This case is DISMISSED.**

Date: June 25, 2007                             JAMES BONINI, CLERK

                                                */S/ Andy F. Quisumbing*
                                                (By) Andy F. Quisumbing
                                                Courtroom Deputy Clerk